**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cedric Deon WILLIAMS, Defendant– Appellant.**

No. 09–13397
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 19, 2010.

William J. Mason, Columbus, GA, for Defendant–Appellant.

William J. Mason, Columbus, GA, for Plaintiff–Appellee.

Before TJOFLAT, WILSON and HILL, Circuit Judges.

PER CURIAM:

William J. Mason, appointed counsel for Cedric Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams's conviction and sentence are **AFFIRMED.**